# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 9, 2014

## NO. 03-13-00570-CV

**Rodrick Walker and Donna Johnson, Appellants**

**v.**

**Texas Home Step, LLC, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on August 16, 2013. Having reviewed the record, the Court holds that Rodrick Walker and Donna Johnson have not prosecuted their appeal and did not comply with a notice from the clerk of this court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. Walker and Johnson shall pay all costs relating to this appeal, both in this Court and the court below.